# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE ESTATE OF
CLIFFORD LAUGHTON, DECEASED.

ANN RAFAEL-STRAKA,
                     Appellant,
         vs.
RICHARD P. SCHULZE,
                     Respondent.

No. 84084

**FILED**

JUL 06 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the joint motion of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. David A. Hardy, District Judge
        David Wasick, Settlement Judge
        Hutchison & Steffen, LLC/Las Vegas
        Dotson Law
        Washoe District Court Clerk

22-21247